AO 247 (Rev. 11/23)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

United States of America

v.

Matthew Dixon

)
)
) Case No:   4:22CR00083-1
)
) USM No:   10619-510
)
Date of Original Judgment          January 17, 2023          )
Date of Previous Amended Judgment:  N/A          ) William Joseph Turner
*(Use Date of Last Amended Judgment if Any)*          *Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          January 17, 2023          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          December 4, 2024

Effective Date: _____
          *(if different from order date)*

R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia